**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

G.S.C.,                                              : No. 177 MAL 2014
                                                     :
        Petitioner                   :
                                                     : Petition for Allowance of Appeal from the
                                                     : Order of the Superior Court
    v.                                            :
                                                     :
                                                     :
                                                     :
C.M.C.,                                              :
                                                     :
        Respondent                   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is **DENIED**.